UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JAE GOTTLIEB,                                               :
                                         Plaintiff,         :
                                                            :        24 Civ. 1707 (LGS)
                -against-                                   :
                                                            :        ORDER
MIRAC BAYRAM a/k/a FLOP a/k/a MISS                          :
FLOP,                                                       :
                                         Defendant.         :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated May 22, 2024, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference, or if service has not been completed, Plaintiff to provide an update on the status of service;

WHEREAS, the initial pretrial conference is currently scheduled for **August 28, 2024**, at 4:00 P.M.;

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan, and Plaintiff failed to provide the update on the status of service; it is hereby

**ORDERED** that if Plaintiff has been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **August 26, 2024**, at **noon**. If Plaintiff has not been in communication with Defendants, she shall file a status letter regarding her efforts to serve Defendants and request an adjournment of the initial conference as soon as possible and no later than **August 26, 2024**, at **noon**.

Dated: August 22, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**