```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   JAE GOTTLIEB,                                            :
                                        Plaintiff,          :
                                                            :    24 Civ. 1707 (LGS)
                  -against-                                 :
                                                            :           ORDER
   MIRAC BAYRAM,                                            :
                                        Defendant.          :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant was served with the Summons and Complaint on August 9, 2024. Defendant was required to respond to the Complaint by August 30, 2024.

WHEREAS, an Order, dated October 16, 2024, required the parties to file a joint letter and proposed case management plan no later than seven days before the initial pretrial conference, which is scheduled for October 23, 2024.

WHEREAS, Defendant has not appeared in this case and has not timely responded to the Complaint.

WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It is hereby

**ORDERED** that, if Plaintiff is in communication with Defendant, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **November 6, 2024,** and shall explain why they have not complied with the Court's deadlines.  If Defendant refuses to cooperate in the preparation of these documents, Plaintiff shall prepare and file them. If Plaintiff is not in communication with the Defendants, no later than **November 6, 2024**, Plaintiff shall (1) request further adjournment or cancellation of the initial pretrial conference and (2) present an Order to Show Cause for default judgment as to Defendant and related papers as provided in the pursuant to Local Civil Rules 55.1 and 55.2.  It is further

**ORDERED** that the initial pretrial conference scheduled for October 30, 2024, is adjourned to **November 13, 2024, at 4:00 P.M.**

Dated: October 24, 2024
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**