UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JAE GOTTLIEB, :
                           Plaintiff, :
: 24 Civ. 1707 (LGS)
       -against- :
: ORDER
MIRAC BAYRAM, :
                        Defendant. :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Plaintiff filed the current matter on March 6, 2024;

    WHEREAS, Plaintiff filed the executed summons on the docket on August 27, 2024, which states that Defendant accepted service on August 9, 2024, but does not specify whether Defendant received all documents necessary to effectuate service, including the Complaint;

    WHEREAS, Defendant has not appeared or answered the Complaint;

    WHEREAS, on November 6, 2024, Plaintiff filed a proposed certificate of default;

    WHEREAS, the initial pretrial conference is scheduled for November 13, 2024. It is hereby

    **ORDERED** that the November 13, 2024, initial pretrial conference is **CANCELED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. It is further

    **ORDERED** that if Defendant received all documents necessary to effectuate service on August 9, 2024, Plaintiff shall either file an updated proof of service, specifying the documents that Defendant received, or a letter supported by evidence and/or affidavit to that effect by **November 13, 2024**. If Defendant did not receive the Complaint or any other document necessary to effectuate service, the Plaintiff shall arrange for service of such documents

immediately and by **November 13, 2024**, file a letter updating the Court on the progress of service.

Dated: November 7, 2024
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**