UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
JAE GOTTLIEB,                                              :
                             Plaintiff,     :
:  24 Civ. 1707 (LGS)
         -against-                                :
:  <u>ORDER</u>
MIRAC BAYRAM,                                         :
                         Defendant.    :
:
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated November 7, 2024, required Plaintiff to file a letter updating the Court on status of service by November 13, 2024;

WHEREAS, Plaintiff failed to file the letter. It is hereby

**ORDERED** that, by **November 21, 2024**, Plaintiff shall file the letter. Plaintiff is advised that continued failure to comply with Court's orders may result in sanctions, including dismissal for failure to prosecute.

Dated: November 18, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**