Application **GRANTED**.  The deadline to file the memorandum of law or the amended complaint referenced therein is extended to **December 24, 2024**.  No further extension will be granted absent extraordinary circumstances.

Dated: December 12, 2024
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

December 12, 2024

Judge Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        **RE:**    **GOTTLIEB v. BAYRAM**
                **Case No.: 24-cv-01707-LGS**
                **Cassar File No: 05764**

Dear Judge Schofield:

      As the Court is aware, this office represents the Plaintiff in the above referenced matter.

      Please be advised that this office is respectfully requesting a two (2) week extension of time to respond to the Court's November 21, 2024 directing this office to file by *December 10, 2024, Plaintiff shall file either (1) a memorandum of law, including case citations, explaining how the Complaint sufficiently pleads facts sufficient to show (a) personal jurisdiction over the Defendant and (b) each of the elements of a defamation claim, including false statements about the Plaintiff, see City of New York v. Mickalis Pawn Shop, LLC, 645 F.3d 114, 137 (2d Cir. 2011), or (2) an amended Complaint* as I have been on trial and have been unable to timely comply with this Honorable Court's order.

      Please advise as to the Court's position. Thank you for your time and consideration in this matter.

                                          Very truly yours,

                                          /s/ *Christopher J. Cassar*
                                          Christopher J. Cassar, Esq.

CJC/jb