UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JAE GOTTLIEB,

                Plaintiff,                              24-CV-1707 (JAV) (VF)

       -against-

                                                      **ORDER**

MIRAC BAYRAM,

                Defendant.
-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff filed a motion for default judgment on January 27, 2026. ECF No. 42. Defendant's opposition is due **February 17, 2026.** Failure to respond will result in the motion being decided based solely on Plaintiff's papers and Defendant risking the entry of a default judgment.

      Plaintiff is directed to serve a copy of this Order electronically and/or by first-class mail on Defendant within two business days from the date of this Order and shall file proof of such service within three business days of the date of this Order.

      **SO ORDERED.**

DATED:     New York, New York
                 January 30, 2026

                                                            VALERIE FIGUEREDO
                                                            United States Magistrate Judge