**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JAE GOTTLIEB,

                         Plaintiff,                      **24-CV-1707 (JAV) (VF)**

           -against-

                                       **ORDER SCHEDULING**
MIRAC BAYRAM,                           **CONFERENCE**

                         Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

        A conference to discuss Plaintiff's motion for default judgment at ECF No. 42 is hereby

scheduled for **Tuesday, June 16, 2026 at 10:00 a.m.** Counsel for the parties are directed to call

Judge Figueredo's conference line at the scheduled time. **Please dial (646) 453-4442;**

**conference ID [840 266 114#].**

        **SO ORDERED.**

DATED:      New York, New York
               May 4, 2026

                                  _____
                                   VALERIE FIGUEREDO
                                   United States Magistrate Judge