**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JAE GOTTLIEB,

                    Plaintiff,                **24-CV-1707 (JAV) (VF)**

        -against-

                                     **ORDER**

MIRAC BAYRAM,

                    Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court held a conference to address the deficiencies in Plaintiff's motion for default judgment papers today, June 16, 2026. Consistent with counsel's representation during the conference, Plaintiff will withdraw the motion for default judgment and refile a corrected motion.

Plaintiff is directed to serve a copy of this Order electronically and/or by first-class mail on Defendant within two business days from the date of this Order and shall file proof of such service within three business days of the date of this Order.

The Clerk of Court is respectfully directed to close the motion at ECF No. 42.

      **SO ORDERED.**

DATED:    New York, New York
            June 16, 2026

                                      _____
                                      VALERIE FIGUEREDO
                                      United States Magistrate Judge