**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JAE GOTTLIEB,

Plaintiff,

**24-CV-1707 (JAV) (VF)**

-against-

**ORDER**

MIRAC BAYRAM,

Defendant.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court held a conference to address the deficiencies in Plaintiff's motion for default judgment papers on June 16, 2026. See ECF No. 50. During the conference, Plaintiff agreed to withdraw the motion for default judgment and file a corrected motion. Plaintiff is directed to file his corrected motion by **September 11, 2026**. Defendant's opposition is due **September 25, 2026**, and Plaintiff's reply, if any, is due **October 2, 2026.**

Plaintiff is directed to serve a copy of this Order electronically and/or by first-class mail on Defendant within two business days from the date of this Order and shall file proof of such service within three business days of the date of this Order.

**SO ORDERED.**

DATED: New York, New York
August 31, 2026

VALERIE FIGUEREDO
United States Magistrate Judge