**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

JAE GOTTLIEB,

Plaintiff,

**24-CV-1707 (JAV) (VF)**

-against-

**ORDER**

MIRAC BAYRAM,

Defendant.

---------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Plaintiff is directed to advise the Court if they intend to file a revised motion for default judgment by **September 25, 2026**.

**SO ORDERED.**

DATED: New York, New York
September 21, 2026

VALERIE FIGUEREDO
United States Magistrate Judge